01

02

03

04                     UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
05                            AT SEATTLE

06  RICHARD GIBRICH,                    )
                                        )  CASE NO. C09-1617-MJP
07          Plaintiff,                  )
                                        )
08      v.                              )
                                        )  ORDER OF REMAND
09  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
10                                      )
            Defendant.                  )
11  _____)

12          The Court has reviewed the entire record, including the Administrative Record, the

13  memoranda of the parties, and the Report and Recommendation of United States Magistrate

14  Judge Mary Alice Theiler.   It is therefore ORDERED:

15          (1)     The Court adopts the Report and Recommendation.   Neither party has filed

16  objections;

17          (2)     The Court REMANDS this matter for further administrative proceedings; and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 9th day of July, 2010.

20

21                                              _____
                                                Marsha J. Pechman
22                                              United States District Judge

ORDER OF REMAND
PAGE -1